# UNITED STATES DISTRICT COURT

**NORTHERN** DISTRICT OF **TEXAS**

MANUEL DIMAS GUERRA

V.

UNITED STATES OF AMERICA

## EXHIBIT AND WITNESS LIST

Case Number: 2:21-CV-078-O-BR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| U.S. Magistrate Judge Lee Ann Reno | Eric Scott Coats-FPD | Ryan Patrick Niedermair-DOJ |
| **DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 8/22/2022 - 8/23/2022 | Mechelle Daniel | Christopher Kordes |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 8/22/2022 | | | Ronald Spriggs |
| X | | 8/22/2022 | | | Robert Bell |
| X | | 8/22/2022 | | | Anthony Gonzalez |
| X | | 8/23/2022 | | | Manuel Dimas Guerra |
| 18 | | 8/23/2022 | Yes | Yes | Pattern Jury Instructions |
| 24 | | 8/22/2022 | Yes | No | Texas Rule of Criminal Evidence 503 |
| 26 | | 8/22/2022 | Yes | Yes | Letter from Spriggs to Guerra |
| 38 | | 8/22/2022 | Yes | Yes | Brief of Appellant |
| 39 | | 8/22/2022 | Yes | Yes | Reply Brief of Appellant |
| 40 | | 8/22/2022 | Yes | Yes | Opinion (Fifth Circuit, No. 18-11407) |
| | 7 | 8/22/2022 | Yes | Yes | June 18, 2021, Letter from Guerra to Spriggs |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages

[New Page]   [Print]   [Save As...]   [Export as FDF]   [Retrieve FDF File]   [Reset]